**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

ELIZABETH LARUS,

        Plaintiff,

v.                                                                                      Case No:   6:22-cv-1082-RBD-GJK

DEINDE FINANCIAL, LLC,
DEINDE GROUP, LLC and
TRANSPORTATION ALLIANCE
BANK, INC.,

        Defendants.

**ORDER OF DISMISSAL**

This cause is before the Court upon Plaintiff's Notice of Settlement filed on August 4, 2022, (Doc. 16), indicating that this case has settled.   Accordingly, it is **ORDERED AND ADJUDGED**:

1. That the above-styled cause is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to move the Court within sixty (60) days thereafter for the purpose of entering a stipulated form of final order or judgment; or, on good cause shown, to reopen the case for further proceedings.

2. All pending motions are denied as moot and all deadlines and

hearings are terminated.

3. The Clerk is **DIRECTED** to close this file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 8, 2022.

ROY B. DALTON JR.
United States District Judge

Case 6:22-cv-01082-RBD-DAB Document 17 Filed 08/08/22 Page 3 of 3 PageID 63